**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LINDA JONES,**

              **Plaintiff,**

-vs-                                          Case No. 6:06-cv-1164-Orl-19KRS

**PHILIP MORRIS USA, INC., BROWN & WILLIAMSON TOBACCO CORPORATION, directly and as successor by merger to: AMERICAN TOBACCO COMPANY, R.J. REYNOLDS TOBACCO COMPANY, THE TOBACCO INSTITUTE, INC.**

              **Defendants.**
_____/

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT THE TOBACCO INSTITUTE, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT (Doc. No. 25)** |
| **FILED:** | **August 24, 2006** |

The present case has been stayed. Doc. No. 48. Therefore, I respectfully recommend that the Court deny the present motion without prejudice to reassertion within twenty days after any order lifting the stay.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on October 16, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy