**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LINDA JONES,

      Plaintiff,

vs.                                                CASE NO. 6:06-CV-1164-ORL-19KRS

PHILIP MORRIS USA, INC., BROWN &
WILLIAMSON TOBACCO CORPORATION,
directly and as successor by merger to:
AMERICAN TOBACCO COMPANY,
R.J. REYNOLDS TOBACCO COMPANY,
THE TOBACCO INSTITUTE, INC.,

      Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 49, filed October 16, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 49) is **ADOPTED and AFFIRMED.** Defendant The Tobacco Institute, Inc.'s Motion to Dismiss Plaintiff's Complaint (Doc. No. 25, filed August 24, 2006) is **DENIED** without prejudice to its reassertion within twenty days after any order lifting the stay in this case.

**DONE AND ORDERED** at Orlando, Florida, this ____25th____ day of October, 2006.

Copies to:

Counsel of Record